# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| CHRISTOPHER SADOWSKI<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY PALUMBO d/b/a/ www.militarysupplyoutlet.com; DOES 1 through 10; inclusive,<br><br>Defendants. | Case No. 18-CV-00792-JFW<br><br>Hon. John F. Walter<br><br>**ORDER GRANTING DEFAULT JUDGMENT AGAINST GREGORY PALUMBO** |

### DEFAULT JUDGMENT AGAINST DEFENDANT GREGORY PALUMBO

This case is before the Court on Plaintiff Christopher Sadowski's ("Plaintiff") Motion for Entry of Default [Docket No. 18], seeking default judgment against Defendant Gregory Palumbo ("Defendant"). The Clerk of the Court for the Central District of California entered the default of Defendant on April 6, 2018 [Docket No. 14].

At this time, Plaintiff seeks default judgment against Defendant in the amount of $31,995.25.

Plaintiff's Motion was properly served on Defendant on May 10, 2018. Having considered all matters of record and the applicable legal authorities, it is hereby **ORDERED, ADJUDGED, and DECREED, as follows:**

1. Plaintiff's Motion for Default Judgment is **GRANTED**;
2. Judgment is hereby entered in favor of Plaintiff and against Defendant;
3. Defendant and his agents, servants, employees, attorneys, successors,

    licensees, partners, assigns, and all those acting directly or indirectly in concert or participation with any of them, shall be permanently enjoined from infringing, by any means and inducing copyright infringement by any means of the exclusive rights of Plaintiff and his affiliates, under the Copyright Act, including but not limited to direct copyright infringement, inducement to infringe copyrights, contributory copyright infringement, and vicarious copyright infringement;

4. Defendant is hereby ordered to pay statutory damages for willful copyright infringement pursuant to 17 U.S.C. Section 504 in the amount of **$20,000**;

5. Defendant is hereby ordered to pay statutory damages for violation of the Digital Millennium Copyright Act pursuant to 17 U.S.C. Section 1203(c)(3) in the amount of **$10,000**;

6. Defendant is hereby ordered to pay Plaintiff's reasonable attorneys' fees pursuant to 17 U.S.C. Section 505 in the amount of **$1,500**;

7. Defendant is hereby ordered to pay Plaintiff's costs pursuant to 17 U.S.C. Section 505 in the amount of **$495.25**;

8. The Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Judgment.

There being no just reason for delay in the entry of this Judgment, the Court hereby directs the clerk to enter default judgment against Defendant pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated: June 11, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE