1  Gregory Palumbo _____ (Full Name)
2  ☒ Individually
3  ☒ d/b/a www.militarysupplyoutlet.com (Business Name)
4  gp@mindbodyserves.com _____ (Email Address)
5  5167 Llano Dr. _____ (Address Line 1)
6  Woodland Hills CA 91364 _____ (Address Line 2)
7  818 456 6838 _____ (Phone Number)
8  Defendant in Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Christopher Sadowski,

   Plaintiff,

vs.

Gregory Palumbo d/b/a www.militarysupplyoutlet.com,

   Defendant(s).

Case No.: 2:18-cv-00792-JFW

DEFENDANT'S DECLARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT *and set aside default judgement* PURSUANT TO FED. R. CIV. P. 55(c) *and set aside default judgement.*

Hearing Date: 8/20/2018
Hearing Time: 1:30 pm
Judge: John F Walker
       (Judge's name)
Place: _____
       (courtroom number)

I, Gregory Palumbo (print name), declare as follows:

1. I am the Defendant in the above-entitled case.

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

Revised: August 2013
Form Prepared by Public Counsel.
© 2011, 2013 Public Counsel.
All Rights Reserved

1

Declaration in Support of Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c)

3. I became aware of this lawsuit on (date): approx 5/20/2018.

I found out about this lawsuit because: I received the notice of default, which alerted me that I must had missed prior notices because I was going through my home foreclosure at that time.

4. I responded to the lawsuit by taking the following actions:

*(Explain what actions you took to respond to the lawsuit, and include specific dates.)*

I immediately called the attorney in shock. He told me to follow the instructions on the notice (recommended I hire an attorney but I literally have no spare funds — I have two daughters and a wife, and my business failed in August of 2017) I did offer $500 to settle, but never heard back. I went to court on June 25 and was told by the clerk that the case was closed, and I was shocked because I believed I'd be able to show your Honor 1) very little traffic (12 total visitors according to Google Analytics) ever went to the page with Mr. Sidorvski's image. 2) When Attorney Carron emailed me on January 31 2018 to tell me the picture wasn't authorized for my site I had it immediately removed 3) There was no sales offers on that page — it was just a link in my blog linked to the original article with the image. My web designer in the Philippines had chosen to do this, I never had even seen the page. 5) The value of a similar image to license it is between $20 and $200 on average. When I learned the case was closed, I was directed to the Pro Se clinic who told me to file this document.

2

Declaration in Support of Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c)

5.   My delay in filing a response to the lawsuit was not intentional.  I did not file a timely formal response to the lawsuit for the following reasons: I never saw the original lawsuit. I was 6 months behind in my mortgage in January – by April I was getting an onslaught of legal paperwork from the bank, from attorneys offering to help us... It was overwhelming and I was single mindedly focused on earning the money to save my home (I have two daughters, 11 and 13, and my wife). I may have inadvertently discarded it, or thought it pertained to the house... we don't remember signing for it, so we really aren't sure who is on record signing for it. We were in a great deal of distress. I truly apologize for missing it. I've searched and have yet to find it anywhere in my home.

6.   The following facts support my defenses to this lawsuit: 1) When I was emailed by the Attorney on January 31 2018, I immediately emailed him back and within a few hours and had the image removed from the page. 2) The ~~sit~~ image was on a blog page created

3

Declaration in Support of Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c)

by my web designer in the Philipines which according to Google analytics has ~~recied~~ had recieved 12 total visits up until June 25th 2018. 3) There were no sales offers on this page, it was strictly informational with a link to the original article and Mr. Sadouski's image 4) The cost of licensing a similar image when researched on Getty Images, iStock Photo, etc. is on average between $20 to $200, with most of that image size and resolution coming in between $20 and $50.

7. I have no reason to believe Plaintiff will suffer prejudice if the Court grants this motion.

8. *(Include any other facts you want the Court to know.):* I am so sorry I somehow missed the original notice while going through our foreclosure, which did cause us a great deal of distress. I just want a chance to pay him what is fair market value. I really did not provide any reason in terms of how the image was used, to be charged over $31,000; please

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/12/18 (date of signing), in Woodland Hills CA (city, state of signing).

Sign: _____

Print Name: Gregory Palumbo
Defendant in Pro Per

4
Declaration in Support of Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c)