Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
CHRISTOPHER SADOWSKI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SADOWSKI<br><br>Plaintiff,<br><br>v.<br><br>GREGORY PALUMBO d/b/a www.militarysupplyoutlet.com; DOES 1 through 10, inclusive,<br><br>Defendant. | Case 2:18-cv-00792-JFW<br><br>**DECLARATION OF RYAN E. CARREON IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Complaint Filed: January 31, 2018<br><br>Default Judgment Entered: June 11, 2018 |

**DECLARATION OF RYAN E. CARREON**

i

# DECLARATION OF RYAN E. CARREON

I, Ryan Carreon, declare as follows:

1. I am over the age of 18 years old. I am an attorney at law admitted to practice in the Central District of California. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2. My law firm, Higbee & Associates are the attorneys of record for Plaintiff Christopher Sadowski in the above captioned matter. I make this declaration in response to the Court's Order to Show Cause issued on August 10, 2018.

3. On May 10, 2018, Plaintiff filed a Motion For Default Judgment, Declaration, and Proposed Order.

4. Defendant failed to oppose the Motion, and Plaintiff did not file a Proposed Statement of Decision.

5. On June 11, 2018, the Court issued a decision granting Plaintiff's Motion.

6. On July 19, 2018, Defendant filed a Motion to Set Aside the Default Judgment.

7. Plaintiff filed an Opposition on July 26, 20198.

8. Defendant failed to file a Reply, and neither party submitted a Proposed Statement of Decision.

9. In this instance, because the Court did not require a proposed Statement of Decision in connection with the Motion for Default Judgment after Defendant failed to file responsive documents, I misunderstood the procedure in this instance as Defendant failed to file a timely Reply.

10. While I readily concede that I should have nonetheless filed a Statement of Decision no later than August 8, 2018 (i.e., two days after the last day for the filing of a Reply, consistent with the August 20, 2018 hearing date), I simply did not think to do so.

11. I am sincerely apologetic to the Court and have rectified my oversight by filing concurrently herewith a Proposed Statement of Decision. I have read the Standing Order and will make every effort to avoid any further violation of its provisions.

12. I would respectfully request that the Court not issue sanctions under the circumstances.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 10, 2018, at Santa Ana, California.

*/s/ Ryan E. Carreon*
Ryan E. Carreon, Esq.
*Counsel for Plaintiff*

**DECLARATION OF RYAN E. CARREON**
2

## CERTIFICATE OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

My business address is 1504 Brookhollow Dr., Ste 113, Santa Ana, California, 92705.

On August 10, 2018, I caused to be served the foregoing **PROPOSED STATEMENT OF DECISION** on all parties in this action as follows:

X    BY MAIL: I sent a conformed copy of the above titled documents postage prepaid in a sealed envelope via first class mail address as follows:

**Gregory Palumbo**
5167 Llano Drive
Woodland Hills, CA 91364

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 10, 2018, at Santa Ana, California.

*/s/ Ryan E. Carreon*
Ryan E. Carreon, Esq.
*Counsel for Plaintiff*

---

**DECLARATION OF RYAN E. CARREON**
3