UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 18-792-JFW(FFMx)**                                              Date: August 17, 2018

Title:      Christopher Sadowski -v- Gregory Palumbo et al

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                **None Present**
   **Courtroom Deputy**                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TAKING UNDER SUBMISSION DEFENDANT'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND SET ASIDE DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(c) [filed 7/19/18; Docket No. 22]

   Defendant's Motion to Set Aside Entry of Default and Set Aside Default Judgment Pursuant to Federal Rule of Civil Procedure 55(c) is currently on calendar for August 20, 2018, at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for August 20, 2018 is hereby vacated and the matter is taken off calendar. The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr